INDEX # : __10158/09__
Date Filed: __December 14, 2009__
Court Date: _____

**UNITED STATES DISTRICT COURT**
**COUNTY OF NEW YORK**
**DISTRICT: SOUTHERN DISTRICT OF NEW YORK**

Attorneys: NESENOFF & MILTENBERG, LLP   PH: 212-736-4500
Address: 363 SEVENTH AVE, 5TH FLR  NEW YORK  NY  10001   File No.:

*IAN GOLDMAN*

vs

*ADAM WHITE, ET AL*

*Plaintiff(s)/Petitioner(s)*

*Defendant(s)/Respondent(s)*

STATE OF NEW YORK, COUNTY OF NEW YORK, SS.:   **AFFIDAVIT OF SERVICE**

__Cory Banks__, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in New York State. On __December 18, 2009__ at __1:00PM__, at __148 LAFAYETTE STREET, NEW YORK, NY 10013__, deponent served the within __Summons, Civil Cover Sheet and Complaint__

on: __THE OPENING PLANNING PROJECT, INC.__, __Defendant__ therein named.

#1 INDIVIDUAL [ ]  By delivering a true copy of each to said recipient personally; deponent knew the person served to be the person described as said person therein.

#2 CORPORATION [X]  By delivering thereat a true copy of each to __TEMIMA FRUNTER__ personally, deponent knew the person so served to be the __MANAGING AGENT__ of the corporation, and authorized to accept service on behalf of the corporation.

#3 SUITABLE AGE PERSON [ ]  By delivering a true copy of each to _____ a person of suitable age and discretion. Said premises is recipient's: [ ] actual place of business  [ ] dwelling house (usual place of abode) within the state.

#4 AFFIXING TO DOOR [ ]  By affixing a true copy of each to the door of said premises, which is recipient's: [ ] actual place of business  [ ] dwelling house (place of abode) within the state.

Deponent was unable, with due diligence to find recipient or a person of suitable age and discretion, having called thereat
on the _____ day of _____ at _____
on the _____ day of _____ at _____
on the _____ day of _____ at _____
Address confirmed by_____.

#5 MAIL COPY [ ]  On _____, deponent completed service by depositing a true copy of each document to the Defendant at 148 LAFAYETTE STREET, NEW YORK, NY 10013 in a 1st Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York [ ] and Certified Mail #_____

#6 DESCRIPTION [X] (use with #1, 2 or 3)  A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:
Sex: __Female__   Color of skin: __White__   Color of hair: __Brown__   Age: __30 - 40 Yrs.__   Height: __5' 4" - 5' 8"__
Weight: __131 - 160 Lbs.__   Other Features: _____

#7 WIT. FEES [ ]  the authorized witness fee and / or traveling expenses were paid (tendered) to the recipient.

#8 MILITARY SRVC [ ]  Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or of the State of New York and was informed that recipient was not. Recipient wore ordinary civilian clothes and no military uniform.

#9 USE IN NYC CIVIL COURT [ ]  The language required by NYCRR 2900.2 (e), (f) & (h) was set forth on the fact of said summons (es).

#10 OTHER [ ]

Sworn to before me on __December 22, 2009__

WENDY RESNICK
NOTARY PUBLIC, State of New York
No.01RE5067464, Westchester County
Commission Expires Oct.15, 2010

Cory Banks
Server's Lic # 1166423
Invoice/Work Order # 09036213

*SPS-401 B'WAY-STE.1201, NY, NY 10013, (P)212-226-3322- (F)212-431-9485 WWW.SAV-ONPROCESS.COM*

INDEX #: _____ 10158/09
Date Filed: _____ December 14, 2009
Court Date: _____

**UNITED STATES DISTRICT COURT**
**COUNTY OF NEW YORK**

**DISTRICT: SOUTHERN DISTRICT OF NEW YORK**

Attorneys: NESENOFF & MILTENBERG, LLP   PH: 212-736-4500
Address: 363 SEVENTH AVE, 5TH FLR  NEW YORK  NY  10001   File No.:

IAN GOLDMAN

vs

ADAM WHITE, ET AL

*Plaintiff(s)/Petitioner(s)*

*Defendant(s)/Respondent(s)*

STATE OF NEW YORK, COUNTY OF NEW YORK, SS.:

**AFFIDAVIT OF SERVICE**

___Cory Banks___, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in New York State. On ___December 18, 2009___ at ___1:00PM___, at ___148 LAFAYETTE STREET, NEW YORK, NY 10013___, deponent served the within Summons, Civil Cover Sheet and Complaint

on: **THE OPENING PLANNING PROJECT, INC.**, ___Defendant___ therein named.

**#1 INDIVIDUAL** [ ]  By delivering a true copy of each to said recipient personally; deponent knew the person served to be the person described as said person therein.

**#2 CORPORATION** [X]  By delivering thereat a true copy of each to ___TEMIMA FRUNTER___ personally, deponent knew the person so served to be the ___MANAGING AGENT___ of the corporation, and authorized to accept service on behalf of the corporation.

**#3 SUITABLE AGE PERSON** [ ]  By delivering a true copy of each to _____ _____ a person of suitable age and discretion. Said premises is recipient's: [ ] actual place of business   [ ] dwelling house (usual place of abode) within the state.

**#4 AFFIXING TO DOOR** [ ]  By affixing a true copy of each to the door of said premises, which is recipient's: [ ] actual place of business   [ ] dwelling house (place of abode) within the state.

Deponent was unable, with due diligence to find recipient or a person of suitable age and discretion, having called thereat
on the _____ day of _____ at _____
on the _____ day of _____ at _____
on the _____ day of _____ at _____
Address confirmed by _____

**#5 MAIL COPY** [ ]  On _____, deponent completed service by depositing a true copy of each document to the Defendant at 148 LAFAYETTE STREET, NEW YORK, NY 10013 in a 1st Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York [ ] and Certified Mail # _____

**#6 DESCRIPTION** [X] (use with #1, 2 or 3)  A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:
Sex: __Female__   Color of skin: __White__   Color of hair: __Brown__   Age: __30 - 40 Yrs.__   Height: __5' 4" - 5' 8"__   Weight: __131 - 160 Lbs.__   Other Features: _____

**#7 WIT. FEES** [ ]  the authorized witness fee and / or traveling expenses were paid (tendered) to the recipient.

**#8 MILITARY SRVC** [ ]  Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or of the State of New York and was informed that recipient was not. Recipient wore ordinary civilian clothes and no military uniform.

**#9 USE IN NYC CIVIL COURT** [ ]  The language required by NYCRR 2900.2 (e), (f) & (h) was set forth on the fact of said summons (es).

**#10 OTHER** [ ]

Sworn to before me on ___December 22, 2009___

WENDY RESNICK
NOTARY PUBLIC, State of New York
No.01RE5067464, Westchester County
Commission Expires Oct.15, 2010

Cory Banks
Server's Lic # 1166423
Invoice/Work Order # 09036213

SPS-401 B'WAY-STE.1201, NY, NY 10013, (P)212-226-3322- (F)212-431-9485 WWW.SAV-ONPROCESS.COM